IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO: 3:09CR153(1) |
| Plaintiff | : | Judge Timothy S. Black |
| - vs - | : | MOTION GRANTED. |
| DAVID BIGI | : | Timothy S. Black |
| Defendant | : | Judge |
| | | 11/24/11 |

MOTION TO ALTER CONDITIONS
OF PROBATION

Comes now the Defendant, by and through counsel and moves this court for an order altering the conditions of probation all for the following reasons.

**MEMORNADUM IN SUPPORT**

This Court placed the Defendant on probation with the specific condition that he have no internet access. As this court is aware, from the sentencing memorandum, the Defendant has started his own business. He extensively uses the internet both to receive communications from his customers (they are able to place requests for quotes, etc. with the Defendant's company via the internet with the fillable form that Defendant has provided) and to place orders for dropped-shipped supplies from his suppliers and vendors.

No internet access would virtually eliminate the company. Defendant would instead ask the court to substitute the specific condition of no internet access, for the specific condition that he have no E-bay or Paypal account and not accept paypal payments for any services in lieu of a complete elimination of internet access. He would likewise consent to the placement of software