IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs | ) | Case No. 3:09-CR-153 |
| DAVID BIGI | ) | JUDGE TIMOTHY S. BLACK |
| | ) | |

## ORDER

As a result of the Status Conference held by telephone on May 6, 2013, and for good cause shown, the Petition for Summons filed on March 11, 2013, is withdrawn.

The payment agreement originally ordered by the Court on February 18, 2012, is modified from $1,500 per month to $200 per month. The defendant is hereby continued on probation in accordance with all previously imposed conditions.

**It IS SO ORDERED.**

Date: 5/6/13

Timothy S. Black
United States District Court Judge

CC: Lawrence Greger, Counsel for defendant
United States Attorney's Office
Raynell M. Adams, United States Probation Office